**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In Re:   DARLENE M CARTER    §    Case No.: 09-38685
§
§
§
§
Debtor(s)                    §

---

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 10/16/2009.

2) This case was confirmed on 12/03/2009.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 11/18/2010, 01/06/2011.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 09/13/2010.

5) The case was converted on 03/22/2012.

6) Number of months from filing to the last payment: 29

7) Number of months case was pending: 33

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $   21,900.00

10) Amount of unsecured claims discharged without payment $      .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $ 11,131.13 |
| Less amount refunded to debtor | $ 6,464.18 |
| **NET RECEIPTS** | $ 4,666.95 |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid through the Plan | $ 3,461.50 |
| Court Costs | $ .00 |
| Trustee Expenses and Compensation | $ 283.26 |
| Other | $ .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 3,744.76 |
| Attorney fees paid and disclosed by debtor | $ 38.50 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| EAST BAY FUNDING | UNSECURED | 860.00 | 771.79 | 771.79 | 25.56 | .00 |
| EAST BAY FUNDING | UNSECURED | 339.00 | 304.47 | 304.47 | 15.82 | .00 |
| EAST BAY FUNDING | UNSECURED | 2,758.00 | 2,474.56 | 2,474.56 | 128.54 | .00 |
| WACHOVIA MORTGAGE | SECURED | 138,000.00 | 176,069.47 | .00 | .00 | .00 |
| WACHOVIA MORTGAGE | UNSECURED | 45,712.00 | NA | NA | .00 | .00 |
| WACHOVIA MORTGAGE | SECURED | NA | 10,557.04 | 5,557.04 | .00 | .00 |
| CATHERINE TAPE REPOR | UNSECURED | 600.00 | NA | NA | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 1,617.00 | 1,450.99 | 1,450.99 | 75.37 | .00 |
| CHICAGO AREA OFFICE | UNSECURED | 9,795.00 | 9,391.84 | 9,391.84 | 487.87 | .00 |
| CHICAGO AREA OFFICE | UNSECURED | 831.00 | NA | NA | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 1,175.00 | 1,054.62 | 1,054.62 | 54.78 | .00 |
| DIRECT MERCHANTS BAN | UNSECURED | 2,404.00 | NA | NA | .00 | .00 |
| LENSCRAFTERS/GEMB | UNSECURED | 791.00 | NA | NA | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 1,988.00 | 1,783.57 | 1,783.57 | 92.65 | .00 |
| JB ROBINSONS | UNSECURED | 1,632.00 | NA | NA | .00 | .00 |
| LANE BRYANT | UNSECURED | 980.01 | NA | NA | .00 | .00 |
| SALLIE MAE TRUST | UNSECURED | 9,378.00 | 31,498.22 | .00 | .00 | .00 |
| SALLIE MAE SERVICING | UNSECURED | 8,688.00 | .00 | .00 | .00 | .00 |
| SALLIE MAE SERVICING | UNSECURED | 7,112.00 | .00 | .00 | .00 | .00 |
| SALLIE MAE SERVICING | UNSECURED | 1,736.00 | .00 | .00 | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 261.00 | 245.37 | 245.37 | .00 | .00 |
| US DEPT OF EDUCATION | UNSECURED | 74,462.00 | 87,631.17 | .00 | .00 | .00 |
| PAUL CARTER II | OTHER | .00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

```
================================================================================
 Scheduled Creditors:

 Creditor                       Claim         Claim         Claim      Principal       Int.
   Name            Class      Scheduled      Asserted      Allowed       Paid         Paid

 T-MOBILE/T-MOBILE US  UNSECURED      NA        341.13        341.13       17.72         .00
 ECAST SETTLEMENT COR  UNSECURED     .00        720.99        720.99       23.88         .00
 STERLING/JB ROBINSON  SECURED        NA      1,674.92           .00         .00         .00
 WACHOVIA MORTGAGE CO  OTHER          NA           NA            NA         .00         .00
================================================================================
```

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | 5,557.04 | .00 | .00 |
| Debt Secured by Vehicle | .00 | .00 | .00 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | 5,557.04 | .00 | .00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 18,539.33 | 922.19 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 3,744.76 |
| Disbursements to Creditors | $ | 922.19 |
| **TOTAL DISBURSEMENTS:** | $ | 4,666.95 |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 07/03/2012          /s/ Tom Vaughn
                           Tom Vaughn, Chapter 13 Trustee

**STATEMENT**   : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**